

FILED

'"? 0 3 2009

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY A. WALI, | No. C 09-02001 CRB |
| Plaintiff, | **ORDER DENYING MOTION TO REMAND** |
| v. | |
| STERICYCLE, INC., | |
| Defendant. | |

For the reasons stated at the motion hearing on July 31, 2009, Plaintiff Tony Wali's Motion to Remand is DENIED without prejudice. Plaintiff may submit an amended complaint to the Court within thirty (30) days of this Order. Defendant shall then have ten (10) days from the filing of an amended complaint to file a response addressing whether the amended complaint states a claim of defamation against Defendant Stalberger.

**IT IS SO ORDERED.**

Dated: August 3 , 2009

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\2001\order denying remand.wpd