```
BETH W. MORA, CSB NO. 208859
KAY E. TUAZON, CSB NO. 248896
COOPER & MORA, A Professional Corporation
18 Crow Canyon Court, Suite 145
San Ramon, California 94583
Telephone: (925) 820-8949
Facsimile: (925) 820-0278

Attorneys for Plaintiff: Tony Wali

JACQUELINE DESOUZA, State Bar No.:133686
DESOUZA LAW OFFICES, a professional corporation
2397 Shattuck Avenue, Suite 202
Berkeley, CA 94704
Telephone:  (510) 649-3420
Facsimile:   (510) 649-1711

Steven Hamann, (appearing Pro Hac Vice)
Vedder Price P.C.
222 N. LaSalle Street, Suite 2600
Chicago, IL 60601
Telephone: (312) 609-7500

Attorneys for Defendants:
Stericycle Inc., Tom Stalberger
```

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY A. WALI, | Case No. C09-02001 (CRB) |
| Plaintiffs, | |
| vs. | Stipulation and [Proposed] Order to Dismiss Tom Stahlberger from this Action with Prejudice |
| STERICYCLE, INC., TOM STALBERGER and DOES 1-50, | |
| Defendants. | |
| _____/ | |

### STIPULATION TO DISMISS DEFENDANT TOM STAHLBERGER

IT IS HEREBY STIPULATED BY Plaintiff TONY WALI, by and through his counsel of record Beth W. Mora of Cooper & Mora, PC, and Defendants Stericycle Inc, and Tom Stahlberger, by and through their counsel of record Jacqueline deSouza of Desouza Law Offices PC, that Defendant Tom Stahlberger is hereby dismissed with prejudice from this action. It is further stipulated that each party

shall bear his or its own attorneys' fees and costs incurred to date and incurred in connection with the litigation of claims against Mr. Stahlberger.

Dated: August 12, 2009                COOPER & MORA,
                                      A Professional Corporation


                                      By:_____/s/_____
                                      Beth Cooper
                                      Attorneys for Plaintiff
                                      Tony Wali

Dated: August 12, 2009                Desouza Law Offices,
                                      A professional corporation


                                      By:_____/s/_____
                                      Jacqueline deSouza
                                      Attorneys for Defendants Stericycle, Inc
                                      and Tom Stalberger

## ORDER ON STIPULATION TO DISMISS TOM STAHLBERGER

Having read the foregoing Stipulation, and good cause appearing therefore, the Court GRANTS the Stipulation. Defendant Tom Stalberger is hereby dismissed with prejudice from this action. Each party shall bear his or its attorneys' fees and costs incurred to date and associated with the litigation of claims against Mr. Stahlberger.

Dated: August 17, 2009                By:_____
                                      The Hon. Charles R. Breyer
                                      Judge of the United States District
                                      Northern District

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)