BETH W. MORA, CSB NO. 208859
KAY E. TUAZON, CSB NO. 248896
COOPER & MORA, A Professional Corporation
18 Crow Canyon Court, Suite 145
San Ramon, California 94583
Telephone: (925) 820-8949
Facsimile: (925) 820-0278

Attorneys for Plaintiff: Tony Wali

JACQUELINE DESOUZA, State Bar No.:133686
DESOUZA LAW OFFICES, a professional corporation
2397 Shattuck Avenue, Suite 202
Berkeley, CA 94704
Telephone: (510) 649-3420
Facsimile:  (510) 649-1711

Steven Hamann, (appearing Pro Hac Vice)
Vedder Price P.C.
222 N. LaSalle Street, Suite 2600
Chicago, IL 60601
Telephone: (312) 609-7500

Attorneys for Defendant:
Stericycle Inc.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY A. WALI, | Case No. C09-02001 (CRB) |
| Plaintiffs, | |
| vs. | Stipulation and [Proposed] Order to Set Initial Case Management Conference |
| STERICYCLE, INC., TOM STALBERGER and DOES 1-50, | |
| Defendants. | |
| _____/ | |

On August 3, 2009, this Court issued an Order denying Plaintiff's Motion to Remand and granting leave to amend the complaint as to Tom Stahlberger. The Parties stipulated and submitted an Order to dismiss Mr. Stahlberger, which was signed by this Court on August 17, 2009.  As the parties have

agreed to submit to this Court's jurisdiction, they wish to set an initial case management conference date and stipulate to the following schedule:

    Initial Case Management Conference:    January 8, 2010, at 8:30 am

    Last Date To File Joint Case Management Conference Statement:   December 23, 2009

    Meet and Confer By Lead Counsel:   December 8, 2009

Dated: October 13, 2009                       COOPER & MORA,
                                                                   A Professional Corporation

                                                                   By:_____/s/_____
                                                                   Beth Cooper
                                                                   Attorneys for Plaintiff
                                                                   Tony Wali

Dated: October 13, 2009                        Desouza Law Offices,
                                                                   A professional corporation

                                                                   By:_____/s/_____
                                                                   Jacqueline deSouza
                                                                   Attorneys for Defendants Stericycle, Inc

<u>ORDER ON STIPULATION TO SET INITIAL CASE MANAGEMENT CONFERENCE</u>

Having read the foregoing Stipulation, and good cause appearing therefore, the Court GRANTS the Stipulation.   An Initial Case Management Conference is scheduled for Friday, January 8, 2010 at 8:30 a.m.   Lead trial counsel shall meet and confer not less than thirty (30) days (December 8, 2009) in advance of the conference and shall file a joint case management conference statement in the form contained in the Civil Local rules as supplemented by this Court's prior Order Setting Case Management Conference on or before December 23, 2009.

At the conclusion of the conference, an Order will be entered setting dates either for a further case

///

///

///

1 management conference, or for close of discovery, pre-trial conference, and trial.  Other Orders
2 regulating and controlling future proceedings may be entered.

Dated: October 15, 2009

By: _____
The Hon. Charles R. Breyer
Judge, United States District Court
Northern District of California

