*E-Filed 4/28/10*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY A. WALI,<br><br>        Plaintiff,<br><br>v.<br><br>STERICYCLE, INC.,<br><br>        Defendant. | Case No.3:09-cv-02001 ~~CRB~~  RS<br><br>~~[PROPOSED]~~ ORDER TO EXTEND TIME TO COMPLETE MEDIATION |

## JOINT ~~PROPOSED~~ ORDER TO EXTEND TIME TO COMPLETE MEDIATION

The parties, Plaintiff, Tony A. Wali, and Defendants, Stericycle, Inc., having submitted a Joint Stipulation to Extend Time to Complete Mediation, Good Cause Having been found, it is hereby ORDERED:

The parties have an additional twenty-one (21) days, to and including June 1, 2010, to complete mediation.

DATED: __4/27/10__          By: _/s/ Richard Seeborg_

                                                 UNITED STATES DISTRICT JUDGE

VEDDER PRICE P.C.
ATTORNEYS AT LAW
CHICAGO

JOINT ~~PROPOSED~~ ORDER TO EXTEND
TIME TO COMPLETE MEDIATION
Case No.3:09-cv-02001 CRB
CHICAGO/#2061551.2