*E-Filed 7/26/10*

Beth W. Mora, Cal. Bar No. 208859
Elena N. Liveris, Cal. Bar No. 262973
COOPER & MORA, PC
18 Crow Canyon Court, Suite 145
San Ramon, California 94583
Telephone:   (925) 820-8949
Facsimile:   (925) 820-0278
email: bmora@cooperlawoffice.com

Attorneys for Plaintiff, TONY A. WALI

Jacqueline DeSouza, Cal. Bar No. 133686
DESOUZA LAW OFFICES, P.C.
2397 Shattuck Avenue, Suite 202
Berkeley, CA  94704
Telephone: (510) 649-3420
Facsimile: (510) 649-1711

Steven L. Hamann (appearing Pro Hac Vice)
Megan Crowhurst (appearing Pro Hac Vice)
VEDDER PRICE P.C.
222 North LaSalle Street, Suite 2600
Chicago, IL  60601-1003
Telephone:  (312) 609-7500
Facsimile:  (312) 609-5005

Attorneys for Defendant, STERICYCLE, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY A. WALI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STERICYCLE, INC., an Illinois Corporation, and DOES 1-50,<br><br>　　　　Defendants. | Case No.3:09-cv-02001 RS<br><br>**STIPULATION AND [PROPOSED]<br>ORDER OF DISMISSAL** |

　　　　Plaintiff, Tony A. Wali, and Defendant, Stericycle, Inc., by and through their attorneys, hereby stipulate to the dismissal of this action with prejudice pursuant to settlement, each party to bear his or its own attorneys' fees and costs.

DATED: July 26, 2010

COOPER & MORA, PC


By: /s/ Beth W. Mora
　　　Beth W. Mora

Attorney for Plaintiff, TONY A. WALI

DATED: July 26, 2010

VEDDER PRICE P.C.


By: /s/ Megan J. Crowhurst
　　　Megan J. Crowhurst

Attorney for Defendant, STERICYCLE, INC.

VEDDER PRICE P.C.
ATTORNEYS AT LAW
CHICAGO

CHICAGO/#2094881.1

STIPULATION AND [PROPOSED]
ORDER OF DISMISSAL

**ORDER ON STIPULATION OF DISMISSAL**

The parties, Plaintiff, Tony A. Wali, and Defendant, Stericycle, Inc., having submitted a Stipulation of Dismissal and the Court having read the foregoing Stipulation, it is hereby ORDERED:

The Stipulation of Dismissal is GRANTED and the cause of action and all claims filed or asserted by Plaintiff, Tony A. Wali, against Defendant, Stericycle, Inc., are hereby dismissed, with prejudice, pursuant to settlement, each party to bear his or its own attorneys' fees and costs.

Dated: 7/26/10

_____
The Honorable Richard Seeborg
Judge of the United States District Court
Northern District of California

Vedder Price P.C.
Attorneys At Law
Chicago

- 2 -

STIPULATION AND [PROPOSED]
ORDER OF DISMISSAL

CHICAGO/#2094881.1